# Court of Appeals
# of the State of Georgia

ATLANTA,___March 18, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0238. WASEEM DAKER v. THE STATE.**

Waseem Daker filed an application for discretionary appeal from a superior court order denying a petition for Writ of Coram Nobis that he filed regarding his convictions for aggravated stalking. We dismissed the application as untimely. Daker filed a motion for reconsideration from this ruling, demonstrating that he had obtained an extension of time in which to file the application.

Daker's motion for reconsideration is hereby GRANTED. Our previous order dismissing this application is VACATED, and the application is REINSTATED. Upon review of the merits, however, the application is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___03/18/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*